SEALED

# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### OCALA DIVISION

UNITED STATES OF AMERICA

v.

CASE NO. 5:25-cr- 126- TPB- PRL

18 U.S.C. § 2252A(a)(2)
(Distribution of Child Pornography)

SHAWN KRISHENDAT PREMSOOK
  a/k/a "AK"
  a/k/a "Rapeshow"

18 U.S.C. § 2252A(a)(5)(B)
(Possession of Child Pornography)

## INDICTMENT

The Grand Jury charges:

### COUNT ONE
### (Distribution of Child Pornography)

On or about August 3, 2024, in the Middle District of Florida, and elsewhere, the defendant,

**SHAWN KRISHENDAT PREMSOOK,**
**a/k/a "AK,"**
**a/k/a "Rapeshow,"**

did knowingly distribute, and attempt to distribute, child pornography, that is, a visual depiction of a minor engaging in sexually explicit conduct, that had been shipped and transported in and affecting interstate and foreign commerce by any means, including by computer.

In violation of 18 U.S.C. § 2252A(a)(2) and (b)(1).

## COUNT TWO
### (Possession of Child Pornography)

On or about August 3, 2024, in the Middle District of Florida, and elsewhere, the defendant,

SHAWN KRISHENDAT PREMSOOK,
a/k/a "AK,"
a/k/a "Rapeshow,"

did knowingly possess materials that contained images of child pornography, that is, a visual depiction of a minor engaging in sexually explicit conduct, that had been shipped and transported in and affecting interstate and foreign commerce by any means, including by computer and was produced using materials that had been mailed and shipped and transported in and affecting interstate and foreign commerce by any means, including by computer.

In violation of 18 U.S.C. § 2252A(a)(5)(B) and (b)(2).

## COUNT THREE
### (Distribution of Child Pornography)

On or about August 11, 2024, in the Middle District of Florida, and elsewhere, the defendant,

SHAWN KRISHENDAT PREMSOOK,
a/k/a "AK,"
a/k/a "Rapeshow,"

did knowingly distribute, and attempt to distribute, child pornography, that is, a visual depiction of a minor engaging in sexually explicit conduct, that had been shipped and transported in and affecting interstate and foreign commerce by any

2

means, including by computer.

In violation of 18 U.S.C. § 2252A(a)(2) and (b)(1).

## COUNT FOUR
### (Possession of Child Pornography)

On or about August 11, 2024, in the Middle District of Florida, and elsewhere, the defendant,

SHAWN KRISHENDAT PREMSOOK,
a/k/a "AK,"
a/k/a "Rapeshow,"

did knowingly possess materials that contained images of child pornography, that is, a visual depiction of a minor engaging in sexually explicit conduct, that had been shipped and transported in and affecting interstate and foreign commerce by any means, including by computer and was produced using materials that had been mailed and shipped and transported in and affecting interstate and foreign commerce by any means, including by computer.

In violation of 18 U.S.C. § 2252A(a)(5)(B) and (b)(2).

## FORFEITURE

1.      The allegations contained in Counts One through Four are incorporated by reference for the purpose of alleging forfeiture, pursuant to the provisions of 18 U.S.C. § 2253.

2.      Upon conviction of a violation of 18 U.S.C. §§ 2252A(a)(2) and/or 2252A(a)(5), the defendant shall forfeit to the United States, pursuant to 18 U.S.C. § 2253:

3

a.    Any visual depiction described in 18 U.S.C. §§ 2251, 2251A, or 2252, 2252A, 2252B, or 2260 of chapter 110 of Title 18, or any book, magazine, periodical, film, videotape, or other matter which contains any such visual depiction, which was produced, transported, mailed, shipped, or received in violation of chapter 110;

b.    Any property, real or personal, constituting or traceable to gross profits or other proceeds obtained from such offense; and

c.    Any property, real or personal, used or intended to be used to commit or to promote the commission of such offense or any property traceable to such property.

3.    The property to be forfeited includes, but is not limited to, the following: a Lenovo Laptop and a Black Samsung Galaxy cell phone, both of which were seized from the defendant on or about February 20, 2025.

4.    If any of the property described above, as a result of any act or omission of the defendant:

a.    cannot be located upon the exercise of due diligence;

b.    has been transferred or sold to, or deposited with, a third person;

c.    has been placed beyond the jurisdiction of the Court;

d.    has been substantially diminished in value; or

e.    has been commingled with other property which cannot be subdivided without difficulty;

4

the United States shall be entitled to forfeiture of substitute property pursuant to 21 U.S.C. § 853(p), as incorporated by 18 U.S.C. § 2253(b).

A TRUE BILL,

GREGORY W. KEHOE
United States Attorney

By: _____
Kara M. Wick
Assistant United States Attorney

By: _____
Daniel J. Marcet
Assistant United States Attorney
Chief, National Security Section

5

FORM OBD-34

September 25

No. 24-2-132

## UNITED STATES DISTRICT COURT
### Middle District of Florida
### Ocala Division

THE UNITED STATES OF AMERICA

vs.

SHAWN KRISHENDAT PREMSOOK
a/k/a "AK"
a/k/a "Rapeshow

INDICTMENT

Violations: 18 U.S.C. § 2252A(a)(2)
18 U.S.C. § 2252A(a)(5)(B)

Filed in open court this 17th day

of September 2025.

_____
Clerk

Bail $_____

GPO 863 525