**IN THE UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**OCALA DIVISION**

**UNITED STATES OF AMERICA,**
         **Plaintiff,**

**v.**                                                    **5:25-cr-126-TPB-PRL**

**SHAWN KRISHENDAT PREMSOOK,**
         **Defendant.**

                                                    AUSA: Sarah Swartzberg (for Kara Wick)
                                                    Deft. Atty.: Joshua Woodard

| JUDGE | Philip R. Lammens | DATE AND TIME | September 25, 2025<br>2:12 pm – 2:22 pm<br>10 minutes |
|---|---|---|---|
| DEPUTY CLERK | M. Taylor | TAPE/REPORTER | DIGITAL |
| INTERPRETER | Not Required | PRETRIAL/PROBATION: | Delfino Garza |

**CLERK'S MINUTES – INITIAL APPEARANCE AND ARRAIGNMENT**

**INITIAL APPEARANCE**
The defendant was provided with a copy of the indictment.
The defendant was advised of rights, charges, penalties, etc.
Defendant's oral motion to appoint counsel is GRANTED. Federal Defender appointed.

The court advised the parties of the requirements of the Due Process Protections Act.

**ARRAIGNMENT**
The defendant pleads not guilty.
Judge Barber's **PRETRIAL DISCOVERY ORDER TO ENTER.**

Defendant's oral motion for Rule 16(a) discovery and Government's oral motion for Rule 16(b) discovery; GRANTED.

The government orally moves for detention.

Defendant stipulates to detention but reserves the right to file a motion for a bond hearing later.

**ORDER OF DETENTION TO ENTER**

**FILED IN OPEN COURT**:
Financial Affidavit