**SEALED**

AO 442 (Rev.11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the

Middle District of Florida

RECEIVED USMS ORLANDO
2025 SEP 18 AM 10:15

| | |
|---|---|
| United States of America | ) |
| v. | ) |
| | ) Case No. 5:25-cr- 126 - TPB- PRL |
| SHAWN KRISHENDAT PREMSOOK | ) |
| a/k/a "AK" | ) |
| a/k/a "Rapeshow | ) |
| | ) |

_Defendant_

## ARREST WARRANT

TO:    Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

_(name of person to be arrested)_    SHAWN KRISHENDAT PREMSOOK a/k/a "AK" a/k/a "Rapeshow

who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment ☐ Superseding Indictment ☐ Information ☐ Superseding Information ☐ Complaint
☐ Probation Violation Petition ☐ Supervised Release Violation Petition ☐ Violation Notice ☐ Order of the Court

This offense is briefly described as follows:

Distribution of Child Pornography, in violation of 18 U.S.C. § 2252A(a)(2).

Possession of Child Pornography, in violation of 18 U.S.C. § 2252A(a)(5)(B).

Date:    09-17-25

_Issuing officer's signature_

City and state:    Orlando, Florida

Elizabeth Warren, Clerk of Court
United States District Court

_Printed name and title_

### Return

This warrant was received on _(date)_ 9/17/2025 , and the person was arrested on _(date)_ 9/25/2025

at _(city and state)_ CLERMONT FL .

Date: 9/25/2025

_Arresting officer's signature_

BRIAN HOWARD    FBI TFO

_Printed name and title_