UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

UNITED STATES OF AMERICA

v.                                              Case No. 5:25-cr-126-TPB-PRL

SHAWN KRISHENDAT PREMSOOK

**NOTICE OF RELATED ACTION**

In accordance with Local Rule 1.04(d), I certify that the instant action:

☐   IS          related to pending or closed civil or criminal cases previously filed in this court, or any other Federal or State court, or administrative agency as indicated below:

☒   IS NOT     related to any pending or closed civil or criminal case filed with this Court, or any other Federal or State court, or administrative agency.

I further certify that I will serve a copy of this Notice of Pendency of Other Actions upon each party no later than eleven days after appearance of the party.

Date: October 6, 2025

Respectfully submitted,

GREGORY W. KEHOE
United States Attorney

By:    /s/ Kara M. Wick
       Kara M. Wick
       Assistant United States Attorney
       Florida Bar No. 0085578
       400 W. Washington Street
       Suite 3100
       Orlando, Florida 32801
       Telephone: (407) 648-7500
       Fax: (407) 648-7643
       E-mail: Kara.wick@usdoj.gov

**U.S. v. PREMSOOK**                    **CASE NO. 5:25-cr-126-TPB-PRL**

## CERTIFICATE OF SERVICE

I hereby certify that on October 6, 2025, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to the following:

Joshua Woodard, Esq.

/s/ *Kara M. Wick*
Kara M. Wick
Assistant United States Attorney
Florida Bar No. 0085578
400 W. Washington Street
Suite 3100
Orlando, Florida 32801
Telephone: (407) 648-7500
Fax: (407) 648-7643
E-mail: Kara.wick@usdoj.gov