UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

UNITED STATES OF AMERICA

v.                                          CASE NO. 5:25-cr-126-TPB-PRL

SHAWN KRISHENDAT PREMSOOK
 a/k/a "AK"
 a/k/a "Rapeshow"

**NOTICE OF MAXIMUM PENALTIES, ELEMENTS OF OFFENSE,
PERSONALIZATION OF ELEMENTS AND FACTUAL BASIS**

The United States of America, by Gregory W. Kehoe, United States Attorney

for the Middle District of Florida, hereby files this Notice of Maximum Penalties,

Elements of Offense, Personalization of Elements and Factual Basis, stating as

follows:

ESSENTIAL ELEMENTS

The essential elements of a violation of 18 U.S.C. § 2252A(a)(2), Distribution

of Child Pornography, are as follows:

> First:        the Defendant knowingly distributed or attempted to
>               distribute an item or items of child pornography;
>
> Second:       the items of child pornography had been transported in interstate
>               or foreign commerce, including by computer, and
>
> Third:        when the Defendant distributed the items, the Defendant
>               believed the items were child pornography.

The essential elements of a violation of 18 U.S.C. § 2252A(a)(5)(b), Possession of Child Pornography, are as follows:

First:       the Defendant knowingly possessed an item or items of child pornography;

Second:      the items of child pornography had been transported in interstate or foreign commerce, including by computer, and

Third:       when the Defendant possessed the items, the Defendant believed the items were child pornography.

## PENALTIES

The maximum penalties for the offenses charged in Counts One and Three of the Indictment are no less than five years, up to 20 years of imprisonment, no less than five years, up to life of supervised release, a fine of up to $250,000, a special assessment of up to $35,000, a special assessment of $5,000, and a special assessment of $100.

The maximum penalties for the offenses charged in Counts Two and Four of the Indictment are up to 10 years of imprisonment, no less than five years, up to life of supervised release, a fine of up to $250,000, a special assessment of up to $17,000, a special assessment of $5,000, and a special assessment of $100. Under 18 U.S.C. § 2259, restitution to victims of the offenses is mandatory.

Additionally, the defendant must forfeit property, pursuant to 18 U.S.C. § 2253, as outlined in the Indictment.  Among the items that will be forfeited are the following: a Lenovo Laptop and a Black Samsung Galaxy cell phone, both of which were seized from the defendant on or about February 20, 2025, and were used or

2

intended to be used to commit or to promote the commission of the offenses charged in Counts Three and Four.

PERSONALIZATION OF THE ELEMENTS

On or about August 3, 2024, as to Count One, and on or about August 11, 2024, as to Count Three, in the Middle District of Florida and elsewhere:

| | |
|---|---|
| First: | Did you knowingly distribute or attempt to distribute an item or items of child pornography? |
| Second: | Had the items of child pornography been transported in interstate or foreign commerce, including by computer? |
| Third: | When you distributed the items, did you believe that the items were child pornography? |

On or about August 3, 2024, as to Count Two, and on or about August 11, 2024, as to Count Four, in the Middle District of Florida and elsewhere:

| | |
|---|---|
| First: | Did you knowingly possess an item or items of child pornography? |
| Second: | Had the items of child pornography been transported in interstate or foreign commerce, including by computer? |
| Third: | When you possessed the items, did you believe that the items were child pornography? |

FACTUAL BASIS

**I.    Background on Nihilistic Violent Extremists and "764"**

Nihilistic Violent Extremists

Nihilistic Violent Extremists (NVEs) are individuals who engage in criminal conduct within the United States and abroad, in furtherance of political, social, or

3

religious goals that derive primarily from a hatred of society at large and a desire to bring about its collapse by sowing indiscriminate chaos, destruction, and social instability. NVEs work individually or as part of a network with these goals of destroying civilized society through the corruption and exploitation of vulnerable populations, which often include minors.[1]

NVEs, both individually and as a network, systematically and methodically target vulnerable populations across the United States and the globe. NVEs frequently use social media communication platforms to connect with individuals and desensitize them to violence by, among other things, breaking down societal norms regarding engaging in violence, normalizing the possession, production, and sharing of child sexual abuse material ("CSAM") and gore material, and otherwise corrupting and grooming those individuals towards committing future acts of violence.

Those individuals are targeted online, often through synchronized group chats. NVEs frequently conduct coordinated extortions of individuals by blackmailing them so they comply with the demands of the network. These demands vary and include, but are not limited to, self-mutilation, online and in-person sexual acts, harm to animals, sexual exploitation of siblings and others, acts of violence, threats of violence, suicide, and murder.

---

[1] NVEs adhere to an ideology herein defined as Nihilistic Violent Extremism (NVE).

Historically, NVEs systematically targeted vulnerable individuals by grooming, extorting, coercing, and otherwise compelling through force, or the threat of force, the victims to mutilate themselves or do violence, or threaten violence, to others and either film or photograph such activity. The members of the network have edited compilation photographs or videos of targeted individuals, shared the photographs and videos on social media platforms for several reasons, including to gain notoriety amongst members of the network, and spread fear among those targeted individuals for the purpose of accelerating the downfall of society and otherwise achieving the goals of the NVEs.

NVEs networks have adopted various monikers to identify themselves. The networks have changed names over time, which has led to the creation of related networks. Although the networks change names and use a variety of different social media platforms, the core members and goals remain consistent and align with the overarching threat of NVE.

<u>764 and related networks</u>

"764" and related groups ("764") are NVEs who engage in criminal conduct within the United States and engage with other extremists abroad. The 764 network's accelerationist goals include social unrest and the downfall of the current world order, including the United States Government. Members of 764 work in concert with one another towards a common purpose of destroying civilized society through the corruption and exploitation of vulnerable populations, including minors.

## II.    Discord CyberTip and Identification of the Defendant

In September of 2024, the Discord messaging platform submitted a NCMEC CyberTip for the user of a Discord account with the username "Rapeshow." Discord is an online messaging and social media platform with servers located outside of the state of Florida.  The CyberTip contained one child pornography image of a prepubescent female as well as photographs of girls after they committed acts of self-harm. The chat logs provided by Discord suggested that the user was involved in 764 or a related NVE group. Through legal process, the FBI determined that Premsook was the user of the "Rapeshow" Discord account.

Meanwhile, the FBI received information that a person using the username "AK" and a host of other usernames, including "Rapeshow" was sharing child pornography on an encrypted messaging platform affiliated with NVE groups. Through biographical information the user shared on the messaging platform and legal process, the FBI identified Premsook as the user controlling the "AK" and "Rapeshow" accounts on the encrypted messaging platform.

## III.    Residential Search Warrant and Phone Deletion

On February 20, 2025, the FBI executed a residential search warrant on Premsook's residence in Clermont, Florida.  The FBI seized several electronic devices from the residence, including a Lenovo Laptop.  Premsook was detained and handcuffed during the execution of the search warrant.  After law enforcement finished its sweep of the residence, they noticed that Premsook was holding and manipulating a Black Samsung Galaxy cell phone while handcuffed.  When the

phone was seized from Premsook, the FBI observed that the phone was opened to the trash folder of the media gallery and Premsook had been actively deleting media files from the device.

### IV.    Forensic Review of the Electronic Devices

Forensic review of Premsook's phone showed that he had been accessing and deleting media for approximately ten minutes before his phone was seized. However, the forensic review also revealed several images saved in cache data on the phone, including images which Premsook had previously shared on the encrypted messaging platform.  Among these images were images of a nude minor girl (Minor Victim 1) with NVE messages written on her body.  A forensic review of Premsook's laptop's cache data revealed similar images and at least one video of Minor Victim 1 masturbating.

### V.    Discord Search Warrant

The FBI separately obtained a search warrant for the "Rapeshow" Discord account which triggered the initial CyberTip.   The returns showed multiple instances of Premsook referring to himself as "AK," possessing and distributing child pornography, distributing and possessing 764 and NVE-related self-harm content, and communicating with minors.

Counts One and Two

The returns showed that on August 3, 2024, Premsook changed his Discord profile picture to an image of a prepubescent girl (Minor Victim 2) who was nude from the waist down and was penetrating her genitals with her fingers.  By setting the

7

image as his profile picture, the image was visible to other participants in group chats involving Premsook.  After Premsook changed his avatar, several other users reacted, including by sending the following messages:

"That's cxp"
"omg shes 12"
"This n***a is sending little girls fingering"

Premsook's responses to these messages included:

"Report" and "LOL"

Further review of the Discord returns and admissions Premsook made in his post-arrest interview confirmed that Premsook had previously communicated by message, voice call, and video call with Minor Victim 2.

Counts Three and Four

Elsewhere in the Discord returns, the FBI identified a conversation from August 11, 2024, between Premsook and two other accounts.  In that conversation, Premsook sent multiple NVE-related media files to the other two users.  Among these files were several images of people with 764 and NVE-related words or symbols cut into their bodies, a message written on a wall in blood, and images of dead and mutilated animals.  The distributed files also contained several images and two videos of Minor Victim 1 that were also saved in the cache data of Premsook's phone and laptop, indicating that both devices were used or intended to be used to commit or to promote the commission of the offenses charged Counts Three and Four.  The images depicted Minor Victim 1 with NVE messages written on her nude body.  One of the videos depicted Minor Victim 1 masturbating.

8

## VI.    Arrest and Interview of Premsook

Premsook was arrested on September 25, 2025.  In a post-*Miranda* interview, he disclosed to the FBI that he had been involved in 764 and other NVE groups for approximately two years.  He recounted that he learned how to make victims create "content" by cutting themselves and photographing or videotaping the abuse.  He also explained that his "girlfriend," a teenaged girl Premsook was talking to on the internet, had produced self-harm content at his request.  Premsook explained that he got an adrenaline rush from having the girl write words and messages, such as his username, using her blood.  He had her create at least 10 pieces of "content" over several months.

Premsook explained that "AK" was the display name of a person who had previously been heavily involved in NVE groups but had more recently become inactive.  Premsook was fascinated by "AK" and the amount of "content" he had extorted from victims, which Premsook considered to be superior to his own "content."  Throughout 2024, Premsook held himself out as "AK" to increase his status within NVE circles.  To legitimize himself to other NVEs, Premsook collected and distributed images and videos which had previously been shared by or attributed to "AK."  Among these images and videos were the child pornography images and videos Premsook possessed and shared over Discord on August 11, 2024.

9

The above is merely a summary of some of the events, some of the persons involved, and other information relating to this case.  It does not include, nor is it intended to include, all the events, persons involved, or other information relating to this case.

Respectfully submitted,

GREGORY W. KEHOE
United States Attorney

By:    /s/ Richard Varadan
        Richard Varadan
        Assistant United States Attorney
        Florida Bar No.: 1025743
        400 W. Washington Street, Suite 3100
        Orlando, Florida 32801
        Telephone:   (407) 648-7500
        Facsimile:    (407) 648-7643
        E-mail: Richard.Varadan@usdoj.gov

10

**U.S. v. Shawn Krishendat Premsook**        **Case No. 5:25-cr-126-TPB-PRL**

### CERTIFICATE OF SERVICE

I hereby certify that on May 12, 2026, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to the following:

Christine Bird, Esq.

11