UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

UNITED STATES OF AMERICA,

     Plaintiff,

v.

SHAWN KRISHENDRA PREMSOOK     Case No. 5:25-CR-126-TPB-PRL

     Defendant.

_____/

### DEFENDANT'S FACTUAL BASIS

Shawn Krishendra Premsook, the defendant in the above action, through his undersigned attorney files the following factual basis:

On August 3, 2024, Mr. Premsook possessed an image of child pornography that he knew had been distributed over the internet. The image depicted a minor engaged is sexually explicit conduct. Further, Mr. Premsook knew the image constituted child pornography. On the same date, Mr. Premsoook distributed this item of child pornography via his computer in a group chat on a forum on the internet. The image was of a child under the age of 18 engaged in sexually explicit conduct. Because the image was transmitted over the internet, it was transported in interstate or foreign commerce.

Again, on August 11, 2024,  Mr. Premsook possessed at least one image  of child pornography that he knew had been distributed over the internet.  The   image depicted a minor engaged is sexually explicit conduct. Further, Mr. Premsook knew the image constituted child pornography.  On the same date he  forwarded at least one image he knew was child pornography via his computer to other users on a forum on the internet. The image was of a child under the age of 18 engaged in sexually explicit conduct. Because the image was transmitted over the internet, it was transported in interstate or foreign commerce.

When these images were possessed and distributed, Mr. Premsook lived in Clermont, Florida which is in the Middle District of Florida.


 Respectfully submitted this 18th day of May of 2026.


A. FITZGERALD HALL
FEDERAL DEFENDER

*/s Christine Bird*
Christine N. Bird, Esquire
Bar #0971642
Ocala, Florida 34470
Phone:  352-351-9157
Facsimile: 352-351-9162
Email: Christine_bird@fd.org

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing has been delivered by electronic means to all parties using the Clerk's Office CM/ECF system this 18th day of May of 2026.

_/s Christine N. Bird_
Christine N. Bird, Esquire.