**IN THE UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**OCALA DIVISION**

**UNITED STATES OF AMERICA,**
  **Plaintiff,**

**v.**              **5:25-cr-126-TPB-PRL**

**SHAWN KRISHENDAT PREMSOOK,**
  **Defendant.**

              AUSA: Richard Varadan
            Deft. Atty.: Christine Bird

| JUDGE | Philip R. Lammens | DATE AND TIME | May 28, 2026 10:30 am – 10:47 am 17 minutes |
|---|---|---|---|
| DEPUTY CLERK | K. Scott | TAPE/REPORTER | DIGITAL |
| INTERPRETER | Not Present | PRETRIAL/PROBATION: | Not Present |

**CLERK'S MINUTES – GUILTY PLEA HEARING**

Defendant placed under oath.

Defendant advised of right to appear before United States Magistrate Judge to enter plea.

Defendant questioned re:  consequences of guilty plea.

Court reviews factual basis.

Defendant enters a straight up plea of guilty to Counts One, Two, Three, and Four of the Indictment.

Court finds Defendant alert, intelligent, willingly, and intentionally entered plea of guilty.

Sentencing to be scheduled by the Honorable Thomas P. Barber, United States District Judge.

**REPORT AND RECOMMENDATION TO ENTER.**

**FILED IN OPEN COURT:**
Consent to Proceed before Magistrate Judge