UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

UNITED STATES OF AMERICA

v.                                                            CASE NO: 5:25-cr-126-TPB-PRL

SHAWN KRISHENDAT PREMSOOK

_____

### ORDER

Pursuant to the Report and Recommendation. (Doc. 46) of the United States Magistrate Judge, the plea of guilty of the defendant to Counts One, Two, Three, and Four of the Indictment. is now **ACCEPTED** and the defendant, Shawn Krishendat Premsook, is **ADJUDGED GUILTY** of such offense.

**IT IS FURTHER ORDERED** that sentencing is hereby scheduled before United States District Judge Thomas P. Barber, at the Golden-Collum Memorial Federal building and the United States Courthouse, 207 Northwest Second Street, Ocala, Florida 34475, on **September 11, 2026, at 10:30 AM**. **Counsel of record and/or the United States Probation Office shall contact Chambers immediately should it be anticipated that this hearing will exceed thirty (30) minutes.**

**DONE AND ORDERED** in Ocala, Florida on this 15th day of June 2026.

_____
**TOM BARBER**
**UNITED STATES DISTRICT JUDGE**